IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHERRY GORDON, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00158-CAR-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 21, 2025, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 21st day of July, 2025.

.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk